IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-CV-21219-KING

MOHAMMAD SALIM REZA,

      Plaintiff,

vs.

MARLIN'S FOOD MARKET & CAFÉ, INC, and
ISLAM M. CHOUDHURY,

      Defendants.

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE #8). Accordingly, after a review of the docket it is **ORDERED, ADJUDGED,** and **DECREED** that:

1.    The case is hereby **DISMISSED WITH PREJUDICE.**

2.    All pending motions are **DENIED** as **MOOT.**

3.    The Clerk shall **CLOSE** this case.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 18day of August, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

1

**Cc:**
**Counsel for Plaintiff**
Jamie H. Zidell
300 71st Street
Suite 605
Miami Beach , FL 33141
305-865-6766
Fax: 865-7167
Email: ZABOGADO@AOL.COM
LEAD ATTORNEY
ATTORNEY TO BE NOTICED